UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DION TREADWAY** | * | **CIVIL ACTION NO. 12-2588** |
| | * | |
| **VERSUS** | * | **SECTION "K"** |
| | * | |
| **WAL-MART LOUISIANA, LLC** | * | **MAGISTRATE "5"** |
| and their insurance company, | * | |
| **CLAIMS MANAGEMENT, INC.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR DISMISSAL

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Dion Treadaway, and defendant, Wal-Mart Louisiana, L.L.C. and Claims Management, Inc., who move this Honorable Court for dismissal with prejudice as to defendants, as the claims between the parties have been resolved and settled.

**WHEREFORE,** premises considered, the parties respectfully request that a dismissal as to defendants be signed with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Donna Bramlett Wood* | */s/ Fred R. DeFrancesch* |
| **DONNA BRAMLETT WOOD (#22692)** | **FRED R. DeFRANCESCH (#04801)** |
| **THOMAS P. ANZELMO (#2533)** | **TOMY J. ACOSTA (#29737)** |
| **McCRANIE, SISTRUNK, ANZELMO,** | 2810 West Airline (70068) |
| **HARDY, McDANIEL & WELCH** | P.O. Box 1566 |
| 909 Poydras Street, Suite 1000 | LaPlace, LA 70069 |
| New Orleans, LA 70112 | (985) 536-9700 (Telephone) |
| (504) 831-0946 (Telephone) | (985) 536-9703 (Facsimile) |
| (800) 977-8810 (Facsimile) | **COUNSEL FOR PLAINTIFF** |
| **COUNSEL FOR DEFENDANTS,** | |
| **WAL-MART LOUISIANA, LLC** | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system this 10TH day of March, 2014.

/s/ Donna Bramlett Wood
DONNA BRAMLETT WOOD