## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DION TREADWAY** | * | CIVIL ACTION NO. 12-2588 |
| | * | |
| **VERSUS** | * | SECTION "K" |
| | * | |
| **WAL-MART LOUISIANA, LLC** | * | MAGISTRATE "5" |
| and their insurance company, | * | |
| **CLAIMS MANAGEMENT, INC.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that that plaintiff's claims in the above-captioned matter against defendants, Wal-Mart Louisiana, L.L.C. and Claims Management, Inc. are hereby dismissed with full prejudice; each party to bear its own costs.

Thus done and signed in New Orleans, Louisiana, this <u>11th</u> day of <u>March</u>, 2014.

_____
JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE